IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CURTIS DINGER, § | |
| § | |
| Plaintiff § | |
| § | CIVIL ACTION  2:13-CV-383 |
| v. § | |
| § | |
| § | |
| SMITH COUNTY § | |
| § | |
| Defendant § | |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on September 30, 2013.  All parties and counsel were present. The conference did result in settlement of all matters.  The parties will be presenting closing documents to the court.

SIGNED this the 30st day of September, 2013.

       /s/  *Guy N. Harrison*
      GUY N. HARRISON
      Assigned Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

      /s/ Guy N. Harrison
      Guy N. Harrison