UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CURTIS DINGER, | Case No. 2:13-CV-00383 |
| Plaintiff, | |
| vs. | |
| SMITH COUNTY, TEXAS, | |
| Defendant. | |

## ORDER OF DISMISSAL

Pursuant to the Joint Motion filed by Plaintiff Curtis Dinger ("Plaintiff") and Defendant Smith County, Texas ("Defendant"), it is hereby ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice, with each side to bear its own costs, expenses, and attorneys' fees.

**SIGNED this 14th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE